IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

**SHIRLEY SAYNE-MOORE,**
        **Plaintiff,**

                No. 3:10-cv-00320-DRH-PMF

v.

**DOLGENCORP, INC., DOLLAR**
**GENERAL PARTNERS,**
**DOLGENCORP OF NEW YORK, INC.,**
**and DOLGENCORP OF TEXAS, INC.,**
        **Defendants.**

### ORDER

Now before the Court is the Joint Motion for Order Approving Individual Settlement made by and between Plaintiff Shirley Sayne-Moore ("Plaintiff") and Dolgencorp, Inc. ("Defendant" or "Dollar General") (Doc. ). The Court finds that the motion is meritorious and GRANTS the motion.

The Court hereby APPROVES the individual settlement reached by the parties in this above-referenced matter.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's individual cause of action in the above-styled and numbered individual cause against Defendant is hereby dismissed with prejudice to the refiling of same, and that each party is to bear its own costs of Court.

      **Done this 3rd day of November, 2011.**

Digitally signed by David R. Herndon
Date: 2011.11.03 14:01:28 -05'00'

                                          **Chief Judge**
                                          **United States District Court**