IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

**SHIRLEY SAYNE-MOORE,**
        Plaintiff,

No. 3:10-cv-00320-DRH-PMF

v.

**DOLGENCORP, INC., DOLLAR GENERAL PARTNERS, DOLGENCORP OF NEW YORK, INC., and DOLGENCORP OF TEXAS, INC.,**
        Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 3, 2011, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:    /s/*Sandy Pannier*
        **Deputy Clerk**

Dated: November 4, 2011

Digitally signed by David R. Herndon
Date: 2011.11.04 10:29:57 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT