IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

**SHIRLEY SAYNE-MOORE,**
　　　　**Plaintiff,**

　　　　　　　　　　　　　No. 3:10-cv-00320-DRH-PMF

**v.**

**DOLGENCORP, INC., DOLLAR**
**GENERAL PARTNERS,**
**DOLGENCORP OF NEW YORK, INC.,**
**and DOLGENCORP OF TEXAS, INC.,**
　　　　**Defendants.**

## JUDGMENT IN A CIVIL CASE

　　**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

　　**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 3, 2011, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

　　　　　　　　　　　　NANCY J. ROSENSTENGEL,
　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　BY:　　　/s/*Sandy Pannier*
　　　　　　　　　　　　　　　Deputy Clerk

Dated: November 4, 2011

　　　　　　　　　　Digitally signed
　　　　　　　　　　by David R.
　　*David R. Herndon*　　Herndon
　　　　　　　　　　Date: 2011.11.04
　　　　　　　　　　10:29:57 -05'00'
APPROVED:
　　CHIEF JUDGE
　　U. S. DISTRICT COURT